**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00394-CV

**B & S WELDING LLC WORK RELATED INJURY PLAN, Appellant**

**V.**

**JUAN PEDRO OLIVA-BARRON AND AVELINA OLIVA, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-12619**

## ORDER

Before the Court is appellant's May 18, 2014 motion to display video footage at oral argument. The motion is **DENIED**.

/s/      JIM MOSELEY
            PRESIDING JUSTICE